UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-10029-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO COMIN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher FLS 13 2335-02 issued by United States Magistrate Judge Barry L. Garber, on September 8, 2014 (D. E. No 435), recommends to this Court, that CJA Voucher FLS 13 2335-02 be Granted and that Mauricio Aldazabal, Esquire be paid a total sum of **$18,236.84.** The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendation (D.E. No. 435), is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of September, 2014.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Mauricio Aldazabal, Esq
Lucy Lara, CJA Administrator